IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Beal, Brigitte

Printed: 1/8/08

Case Number: 06 B 16368
Judge: Goldgar, A. Benjamin
Filed: 12/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2007
Confirmed: January 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 474.80 |
| Trustee Fee: |  | 25.20 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,343.00 | 474.80 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 57.50 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 83.71 | 0.00 |
| 6. | Northside Federal | Unsecured |  | No Claim Filed |
| 7. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 8. | Alliance One | Unsecured |  | No Claim Filed |
| 9. | Dept Of Human Services | Unsecured |  | No Claim Filed |
| 10. | Medical Collections | Unsecured |  | No Claim Filed |
| 11. | Emergency Room Care Providers | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 2,484.21 | $ 474.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 14.40 |
| 5.4% | 10.80 |
|  | _____ |
|  | $ 25.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Beal, Brigitte | Case Number: 06 B 16368 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/8/08 | Filed: 12/12/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____